IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE HAND PROMOTIONS, INC.                                                                PLAINTIFF

v.                                         No. 4:11CV00335 JLH

PETRICE Y. WHITMORE, *et al*.                                                         DEFENDANTS

## ORDER

The motion for entry of appearance *pro hac vice* is GRANTED. Document #3. Thomas P. Riley is hereby permitted to appear and participate in this action as counsel for plaintiff. The requirement of Local Rule 83.5(d) that Thomas P. Riley designate local counsel is waived.

IT IS SO ORDERED this 27th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE