## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOE HAND PROMOTIONS, INC.                                              PLAINTIFF

v.                              NO. 4:11CV00335 JLH

PETRICE Y. WHITMORE; PRESTON
LEVELL WHITMORE; PATRICK
WHITMORE; FRANK N. WHITMORE;
PATTI A. WHITMORE, individually, and
doing business as JAZZI'S CLUB; and
JAZZI'S CLUB, LLC, an unknown business
entity doing business as JAZZI'S CLUB                                  DEFENDANTS

## ORDER OF DISMISSAL

Having been informed by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 25th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE